| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Merdaud Jafarnia, Esq. SBN 217262 |
| | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4811 |

Attorneys for HSBC Bank USA, National Association, as Trustee for J.P. Morgan Mortgage Trust 2007-A5, its assignees and/or successors, by and through its servicing agent JP Morgan Chase Bank, NA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE: § Case Number: 15-42812-WJL
**John Thomas Foster** §
**Patricia Jean Foster**, § Chapter: 13
§
Debtors. §

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

    PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by HSBC Bank USA, National Association, as Trustee for J.P. Morgan Mortgage Trust 2007-A5, its assignees and/or successors, by and through its servicing agent JP Morgan Chase Bank, NA in the above-referenced bankruptcy case.

    McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

    McCarthy & Holthus, LLP
    1770 Fourth Avenue
    San Diego, CA 92101
    (877) 369-6122

M&H File No. CA-15-119031

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. HSBC Bank USA, National Association, as Trustee for J.P. Morgan Mortgage Trust 2007-A5, its assignees and/or successors, by and through its servicing agent JP Morgan Chase Bank, NA must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 9/21/2015	McCarthy & Holthus, LLP

By: /s/Merdaud Jafarnia
Merdaud Jafarnia, Esq.,
Attorneys for HSBC Bank USA, National Association, as Trustee for J.P. Morgan Mortgage Trust 2007-A5, its assignees and/or successors, by and through its servicing agent JP Morgan Chase Bank, NA